**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**

---------------------------------------------------------------x

CAROL McNEELY, SCOTT D. VLK, SHILPA VLK, GEORGE K. BERNHARD, and DEBORAH JOYCE, and HARRY M. TUBER,

on behalf of themselves and all others similarly situated,

and

DAVID T. RUDZIEWICZ, FREDERICK DEMAIO, DONNA R. KOBIELSKI, and DONNA MOLTA,

                  Plaintiffs,

-against-

METROPOLITAN LIFE INSURANCE COMPANY, METROPOLITAN LIFE RETIREMENT PLAN FOR UNITED STATES EMPLOYEES, SAVINGS AND INVESTMENT PLAN FOR EMPLOYEES OF METROPOLITAN LIFE AND PARTICIPATING AFFILIATES, METLIFE OPTIONS & CHOICES PLAN, and WELFARE BENEFITS PLAN FOR EMPLOYEES OF METROPOLITAN LIFE AND PARTICIPATING AFFILIATES,

                  Defendants.

---------------------------------------------------------------x

**1:18-CV-00885-PAC**

*Electronically Filed*

*Oral Argument Requested*

### DEFENDANTS' NOTICE OF MOTION FOR PARTIAL DISMISSAL OF PLAINTIFFS' SECOND AMENDED COMPLAINT

**PLEASE TAKE NOTICE** that, upon the accompanying Memorandum of Law in Support of Defendants' Motion for Partial Dismissal of Plaintiffs' Second Amended Complaint and the supporting Declaration of Hanna E. Martin, Defendants Metropolitan Life Insurance Company ("MetLife"), as well as Metropolitan Life Retirement Plan For United States Employees ("Retirement Plan"), Savings And Investment Plan For Employees of Metropolitan

1

Life And Participating Affiliates ("SIP"), MetLife Options & Choices Plan ("Options & Choices Plan"), and Welfare Benefits Plan For Employees of Metropolitan Life And Participating Affiliates ("Welfare Plan") (collectively, the "Plan Defendants") (together with MetLife, "Defendants") will move this Court before the Honorable Judge Paul A. Crotty, United States District Judge, at the United States Courthouse located at 500 Pearl Street, Courtroom 14C, New York, NY 10007, at a date and time to be determined by the Court, for an order, pursuant to Federal Rules of Civil Procedure Rules 12(b)(6), dismissing Plaintiffs' ERISA and unjust enrichment claims, as well as the overtime claims of the Plaintiffs who were/are dentists, with prejudice, and for such other further relief as this Court may deem just and proper.

| | |
|---|---|
| Dated: August 24, 2018<br>New York, New York | Respectfully submitted,<br><br>MORGAN, LEWIS & BOCKIUS LLP<br><br>By: */s/ Melissa C. Rodriguez*<br><br>Christopher A. Parlo<br>chris.parlo@morganlewis.com<br>Melissa C. Rodriguez<br>melissa.rodriguez@morganlewis.com<br>Melissa D. Hill<br>melissa.hill@morganlewis.com<br><br>101 Park Avenue<br>New York, New York 10178<br>(212) 309-6000<br><br>*Attorneys for Defendants* |

## CERTIFICATE OF SERVICE

I hereby certify that, on August 24, 2018, I caused to be served a copy of Defendants' Notice of Motion to Partially Dismiss Plaintiffs' Second Amended Complaint, and Memorandum of Law in Support of Defendants' Motion to Partially Dismiss Plaintiffs' Second Amended Complaint and the Declaration of Hanna E. Martin, upon all parties of record by the Court's ECF/CM system.

/s/ *Melissa C. Rodriguez*
Melissa C. Rodriguez