# EXHIBIT C

*McNeely et al. v. Metropolitan Life Insurance Company et al.*
(S.D.N.Y. 1:18-CV-00885 (PAC))

***This is not a solicitation from a lawyer.***

A Notice was previously mailed to you advising you that you may be eligible to participate in a class action settlement in the above-referenced matter. Since then, the Court approved the Settlement as fair, reasonable, and adequate for class members.

Under the terms of the Settlement, the Claims Administrator, Settlement Services, Inc., mailed you a settlement check dated _____ \_\_, 2020. The check ***will expire on*** _____ \_\_, *2020*.

If you did not receive or have misplaced the check and wish to receive a new check, please contact the Claims Administrator at:

Settlement Services, Inc.
P.O. Box 1657
Tallahassee, FL 32302-1657
(866) 385-6216 - Toll-Free

If you deposit the check by _____ \_\_, 2020, you will release any claims that you may have under the federal Fair Labor Standards Act ("FLSA") to sue MetLife for unpaid overtime. ***If you do not deposit the check by then, you will preserve your right to pursue any timely FLSA claims against MetLife, but you will lose the right to receive an award from the class settlement.*** The money now allocated to you will either be returned to MetLife, redistributed to other class members or sent to a charity that protects the rights of workers.

**PLEASE DO NOT CALL OR CONTACT THE COURT WITH QUESTIONS REGARDING THIS NOTICE.**