# EXHIBIT E

# EXHIBIT E

## FORMULA FOR CALCULATING INDIVIDUAL SETTTLEMENT PAYMENTS FOR PLAINTIFFS AND CLASS MEMBERS

**1.1** **Two Groups of Plaintiffs and Class Members.** For purposes of allocating the Settlement Fund among Plaintiffs and Class Members, the Settlement distinguishes between persons who performed services as Dental Consultants for MetLife before November 1, 2017 (regardless whether they also performed services for MetLife after that date) and persons who performed services for MetLife only after October 31, 2017. The formula is more generous to persons in the first group because the contracts under which Dental Consultants performed services, and the relationship under which Dental Consultants performed services, changed as of November 1, 2017. The changes in the new contract and in the relationship under which Dental Consultants performed services would, in the absence of a settlement, give MetLife additional defenses to Plaintiffs' and the Class Members' claims, including whether Dental Consultants were employees rather than independent contractors.

**1.2** **Plaintiffs and Class Members Who Performed Services Before November 1, 2017.** The Individual Settlement Payments to Plaintiffs and Class Members who performed services as Dental Consultants for MetLife before November 1, 2017 are calculated based on two time periods: until October 31, 2017, and from November 1, 2017 through July 31, 2019:

(A) The Individual Settlement Payments to Class Members other than Service Award Plaintiffs through October 31, 2017 are the sum of four components:

   i. $70 times the number of months a Dental Consultant invoiced MetLife between February 1, 2012 and October 31, 2017;

   ii. 1.15 times the estimated number of hours in excess of forty hours in a week for which each Dental Consultant invoiced MetLife during that consultant's maximum potential liability period[1] under the FLSA times his/her applicable contractual rate of pay (the "FLSA Exposure Amount");

   iii. .325 times the estimated additional overtime payments, liquidated damages, and/or interest (if any) to which each Dental Consultant may have been entitled under the law of the state in which s/he worked for MetLife if s/he were an employee; and

   iv. .325 times the amount (if any) of interest or other amounts to which each Dental Consultant may have been entitled for alleged delays in payments

---

[1] The maximum potential liability period under the FLSA for Plaintiffs and Class Members depend on when they joined the case and the applicable period of tolling to which the parties agreed during the Litigation, rounded to the nearest first of the month. Those dates are: Carol McNeely 2/1/15; George Bernhard, Deborah Joyce, David Rudziewicz, Scott Vlk, and Shilpa Vlk 4/1/15; Harry Tuber, Frederick DeMaio, Nadine Joy, Donna Kobielski, and Donna Molta 5/1/15; Samuel Penta 5/1/16; and all other Dental Consultants 7/1/16.

1

          under the law of the state in which s/he performed services for MetLife if s/he were an employee.

(B)    The Individual Settlement Payments to Service Award Plaintiffs through October 31, 2017 are the sum of five components:

    i.    The same four components identified in subparagraph (A) above; and

    ii.    Subject to Court approval of a request for approval, Service Awards in the following amounts to the Service Award Plaintiffs:

| | | | |
|---|---|---|---|
| Carol McNeely | $18,000 | George Bernhard | $15,000 |
| Frederick Demaio | $15,000 | Nadine Joy | $15,000 |
| Deborah Joyce | $15,000 | Donna Kobielski | $15,000 |
| Donna Molta | $15,000 | David Rudziewicz | $15,000 |
| Shilpa Vlk | $15,000 | Scott Vlk | $10,000 |
| Harry Tuber | $10,000 | Roland Hogg | $ 5,000 |
| Samuel Penta | $ 5,000 | | |

(C)    The Individual Settlement Payments to Plaintiffs and Class Members (not including Class Members discussed in subsection 1.3 below) from November 1, 2017 through July 31, 2019 are calculated based on the product of $175,000 times a fraction in which the numerator is the Individual Settlement Payment to each Plaintiff and Class Member (excluding Service Awards) and the denominator is the sum of all such Individual Settlement Payments (excluding Service Awards).

**1.3**    **Class Members Who Worked as Dental Consultants for MetLife Exclusively After October 31, 2017.**  The Individual Settlement Payments to Class Members who performed services as Dental Consultants for MetLife exclusively after October 31, 2017 are the sum of three components:

(A)    $50 times the number of months a Dental Consultant invoiced MetLife after October 31, 2017;

(B)    the estimated number of hours in excess of forty hours in a week for which each Dental Consultant invoiced MetLife during that period times his/her applicable contractual rate of pay (the "FLSA Exposure Amount"); and

(C)    .25 times the estimated additional overtime payments, liquidated damages, and/or interest (if any) to which each Dental Consultant may have been entitled under the law of the state in which s/he performed services for MetLife if s/he were an employee.

**1.4**    **Minimum Individual Settlement Payment.** No Plaintiff or Class Member will receive less than $1,000 even if the sum of the award components above is less than $1,000.