# EXHIBIT F
# CD Filed Under Seal