<pre>
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
</pre>

------------------------------------------------------------x
| | | |
|---|---|---|
| CAROL McNEELY, SHILPA VLK, GEORGE K. BERNHARD, and DEBORAH JOYCE, | : | |
| on behalf of themselves and all others similarly situated, | : | |
| and | : | |
| DAVID T. RUDZIEWICZ, FREDERICK DEMAIO, DONNA R. KOBIELSKI, DONNA MOLTA, NADINE JOY, SAMUEL PENTA, and ROLAND HOGG, | : | |
| Opt-In Plaintiffs, | : | **1:18-CV-00885-PAC** |
| -against- | : | *Electronically Filed* |
| METROPOLITAN LIFE INSURANCE COMPANY, METROPOLITAN LIFE RETIREMENT PLAN FOR UNITED STATES EMPLOYEES, SAVINGS AND INVESTMENT PLAN FOR EMPLOYEES OF METROPOLITAN LIFE AND PARTICIPATING AFFILIATES, METLIFE OPTIONS & CHOICES PLAN, and WELFARE BENEFITS PLAN FOR EMPLOYEES OF METROPOLITAN LIFE AND PARTICIPATING AFFILIATES, | : | |
| Defendants. | : | |

------------------------------------------------------------x

**PLAINTIFFS' MOTION FOR CLASS REPRESENTATIVE SERVICE AWARDS**

For the reasons set forth in Plaintiffs' accompanying memorandum of law, and in the declarations attached thereto, Plaintiffs respectfully request that this Court enter Plaintiffs' proposed order granting service awards to the Class Representatives and other Plaintiffs listed below who brought or assisted in prosecuting this case, in the amounts that follow:

(1) Carol McNeely: $18,000;

1

(2) George Bernhard, Frederick Demaio, Nadine Joy, Deborah Joyce, Donna Kobielski; Donna Molta, David Rudziewicz; Shilpa Vlk: $15,000;

(3) Harry Tuber, Scott Vlk: $10,000;

(4) Roland Hogg, Samuel Penta: $5,000.

Dated: November 6, 2019

Respectfully submitted,

/s/ *Stacey M Gray*          /s/ *Michael D. Lieder*

| **STACEY GRAY PC** | **MEHRI & SKALET PLLC** |
|---|---|
| Stacey Gray | Cyrus Mehri (*pro hac vice*) |
| 60 East 42nd Street | Michael D. Lieder (*pro hac vice*) |
| 46th Floor | Lauren Nussbaum (*pro hac vice*) |
| New York, NY 10165 | 1250 Connecticut Ave., NW, Suite 300 |
| Tel: (212) 227-9163 | Washington, DC 20036 |
| Fax: (866) 224-6703 | Tel: (202) 822-5100 |
| sgray@staceygray.com | Fax: (202) 822-4997 |
| | cmehri@findjustice.com |
| | mlieder@findjustice.com |
| | lnussbaum@findjustice.com |