UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

---------------------------------------------------------------x
CAROL McNEELY, SHILPA VLK,
GEORGE K. BERNHARD, and DEBORAH
JOYCE,

on behalf of themselves and all others
similarly situated,

and

DAVID T. RUDZIEWICZ, FREDERICK
DEMAIO, DONNA R. KOBIELSKI,
DONNA MOLTA, NADINE JOY,
SAMUEL PENTA, and ROLAND HOGG,

               Opt-In Plaintiffs,                  1:18-CV-00885-PAC

               -against-                        *Electronically Filed*

METROPOLITAN LIFE INSURANCE
COMPANY, METROPOLITAN LIFE
RETIREMENT PLAN FOR UNITED STATES
EMPLOYEES, SAVINGS AND INVESTMENT
PLAN FOR EMPLOYEES OF METROPOLITAN
LIFE AND PARTICIPATING AFFILIATES,
METLIFE OPTIONS & CHOICES PLAN, and
WELFARE BENEFITS PLAN FOR EMPLOYEES
OF METROPOLITAN LIFE AND
PARTICIPATING AFFILIATES,

               Defendants.
---------------------------------------------------------------x

**[PROPOSED] ORDER GRANTING PLAINTIFFS' MOTION FOR CLASS REPRESENTATIVE SERVICE AWARDS**

The above-captioned matter came before the Court on Plaintiffs' Motion for Class Representative Service Awards. Based upon the Court's review of the Memorandum of Law in Support of Plaintiffs' Motion for Class Representative Service Awards, the declarations attached

1

thereto, and all other papers submitted in connection with Plaintiffs' Motion for Class Representative Service Awards, it is hereby

**ORDERED** that Plaintiffs' Motion for Class Representative Service Awards is **GRANTED**. The Court finds reasonable service awards for each plaintiff in the following amounts:

(1) Carol McNeely: $18,000;

(2) George Bernhard, Frederick Demaio, Nadine Joy, Deborah Joyce, Donna Kobielski; Donna Molta, David Rudziewicz; Shilpa Vlk: $15,000;

(3) Harry Tuber, Scott Vlk: $10,000;

(4) Roland Hogg, Samuel Penta: $5,000.

These amounts shall be paid from the Settlement Fund.

**IT IS SO ORDERED** this _____ day of _____, 2019.

Honorable Paul A. Crotty
United States District Judge