UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

------------------------------------------------------------x
CAROL McNEELY, SHILPA VLK,
GEORGE K. BERNHARD, and DEBORAH
JOYCE,

on behalf of themselves and all others
similarly situated,

and

DAVID T. RUDZIEWICZ, FREDERICK
DEMAIO, DONNA R. KOBIELSKI,
DONNA MOLTA, NADINE JOY,
SAMUEL PENTA, and ROLAND HOGG,

    Opt-In Plaintiffs,

    -against-

METROPOLITAN LIFE INSURANCE
COMPANY, METROPOLITAN LIFE
RETIREMENT PLAN FOR UNITED STATES
EMPLOYEES, SAVINGS AND INVESTMENT
PLAN FOR EMPLOYEES OF METROPOLITAN
LIFE AND PARTICIPATING AFFILIATES,
METLIFE OPTIONS & CHOICES PLAN, and
WELFARE BENEFITS PLAN FOR EMPLOYEES
OF METROPOLITAN LIFE AND
PARTICIPATING AFFILIATES,

    Defendants.
------------------------------------------------------------x

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 1-15-2020

1:18-CV-00885-PAC

*Electronically Filed*

## [~~PROPOSED~~] JUDGMENT

The Court has on this date entered an Order Granting Plaintiffs' Motions for Certification of the Settlement Class and Collective, Final Approval of the Class Action Settlement, Approval of Class Representative Service Awards, and Approval of Class Counsel's Attorneys' Fees and Reimbursement of Expenses. The Order approves the terms of a Class Action Settlement between the parties that resolves all claims raised in this litigation and dismisses the litigation

1

with prejudice subject to the Court's retaining jurisdiction for the purpose of enforcing the Settlement Agreement and overseeing the distribution of settlement funds. Accordingly, pursuant to Federal Rule of Civil Procedure 58(a),

**THIS LITIGATION IS HEREBY DISMISSED WITH PREJUDICE** subject to the terms set out in the accompanying Order.

It is so ADJUDGED this 15 day of January, 2020.

Honorable Paul A. Crotty
United States District Judge